UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**KIM IRENE JAMES**,

        Plaintiff,

        v.

**CAROLYN W. COLVIN**, Acting
Commissioner of Social Security,

        Defendant.

Civil Case No. 6:12-CV-01832-KI

JUDGMENT

    Kathryn Tassinari
    Mark A. Manning
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Erin F. Highland
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-2495

  Attorneys for Defendant

KING, Judge:

  Based on the record,

  The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

  Dated this   26th   day of September, 2013.

             /s/ Garr M. King
             Garr M. King
             United States District Judge