UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**KIM IRENE JAMES**,                                   Civil Case No. 6:12-CV-01832-KI

                Plaintiff,

                          v.                               JUDGMENT

**CAROLYN W. COLVIN**, Acting
Commissioner of Social Security,

                Defendant.


      Kathryn Tassinari
      Mark A. Manning
      Harder, Wells, Baron & Manning, P.C.
      474 Willamette, Suite 200
      Eugene, Oregon  97401

           Attorneys for Plaintiff

      S. Amanda Marshall
      United States Attorney
      District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Erin F. Highland
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-2495

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for a finding of disability.

      Dated this _____26th_____ day of September, 2013.


                ___/s/ Garr M. King_____
                Garr M. King
                United States District Judge


Page 2 - JUDGMENT